1246

**Will DAWSON, Appellant, v. STATE, Appellee.**

No. 19640.

Court of Criminal Appeals of Texas.

April 6, 1938.

R. Temple Dickson, of Sweetwater, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is murder; penalty assessed at confinement in the penitentiary for a period of fourteen years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Haywood HAYNES, Jr., Appellant, v. STATE, Appellee.**

No. 19847.

Court of Criminal Appeals of Texas.

May 4, 1938.

Cliff Tupper and Robt. P. Brown, both of San Angelo, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for the unlawful possession of morphine; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**Raymond Cecil KIMBERLING, alias Raymond Oscar Jones, Appellant, v. STATE, Appellee.**

No. 19854.

Court of Criminal Appeals of Texas.

May 4, 1938.

Julien T. Keith, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for theft of property over the value of $50; penalty assessed at confinement in the penitentiary for ten years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

**K. E. MELTON, Appellant, v. STATE, Appellee.**

No. 19775.

Court of Criminal Appeals of Texas.

April 6, 1938.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for swindling; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.